780

No. 436.   De Zon *v.* American President Lines, Ltd.; and

No. 459.   Buie *v.* United States.   May 3, 1943.   Petitions for rehearing denied.   Mr. Justice Rutledge took no part in the consideration or decision of these applications.   318 U. S. 660, 766.

No. 597.   McSparran *v.* City of Portland.   May 3. 1943.   318 U. S. 768.

No. 746.   Markham *v.* Illinois ex rel. Cromer et al.   May 3, 1943.   318 U. S. 783.

No. 764.   Jones *v.* Biddle, Attorney General.   May 3, 1943.   318 U. S. 784.

No. 767.   Reginelli *v.* United States.   May 3, 1943.   318 U. S. 783.

No. 797.   Mason *v.* Palo Verde Irrigation District   May 3, 1943.   318 U. S. 785.

No. 801.   Corkum *v.* New York.   May 3, 1943.   318 U. S. 795.

No. 321.   Creek Nation *v.* United States; and

No. 322.   Seminole Nation *v.* United States.   May 10, 1943.   Petition for rehearing denied.   Mr. Justice Rutledge took no part in the consideration or decision of this application.   318 U. S. 629.